Mary C. BOSTON, Appellant,

v.

ALLSTATE INSURANCE COMPANY,
Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

Harry L. Hargadon, Sr., Hargadon, Hargadon, Lenihan & Harbolt, Louisville, for appellant.

Victor W. Ewen, Jones, Ewen, Mackenzie & Peden, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner E. N. Venters, Affirming.*

Charles M. COURTNEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

Charles M. Courtney, pro se.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Edna Grace KUSS et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, Frankfort, James A. Knight, Hazelrigg & Knight, Paintsville, Phillip K. Wicker, Somerset, for appellant.

Jim Hammond, Woodrow W. Burchett, W. W. Burchett Law Offices, Harris S. Howard, Howard & Howard Law Offices, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT of HIGHWAYS, Appellant,

v.

Pauline LAYNE, widow, et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, C. E. Skidmore, Department of Highways, Frankfort, James A. Knight, Paintsville, for appellant.

Harris S. Howard, Howard & Howard, Prestonsburg, Jim Hammond, Woodrow W. Burchett, W. W. Burchett Law Offices Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.